**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7803**

LEILA P. BINDER,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA; UNITED STATES
DEPARTMENT OF THE ARMY; BRENDA F. MOSLEY;
KATHERINE A. BABB; KATHY L. HARRINGTON;
MIGUELA T. GUTIERREZ; MICHAEL S. OSHIKI,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.   Henry C. Morgan, Jr.,
District Judge. (CA-02-21)

Submitted:  February 6, 2003          Decided:  February 12, 2003

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leila P. Binder, Appellant Pro Se.  Kent Pendleton Porter, OFFICE
OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leila P. Binder appeals the district court's orders granting the Defendants' motion to dismiss her civil employment action; denying her Fed. R. Civ. P. 59(e) motion; and denying her second motion for reconsideration.  We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court.  See Binder v. United States, No. CA-02-21 (E.D. Va. Sept. 27, 2002; Oct. 25, 2002; Nov. 21, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED